## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHERYL SULLENGER, ET AL., | ) Civil Action Case No.: 6:05-cv-1072 MLB |
| Plaintiffs, | ) **ORDER TO DISMISS CASE** |
| | ) **WITH PREJUDICE AND** |
| vs. | ) **RESERVATION OF COURT'S** |
| COUNTY OF SEDGWICK, ET AL., | ) **JURISDICTION** |
| Defendants. | ) |

WITH GOOD CAUSE APPEARING and upon the negotiated settlement agreement of the parties as evidenced by the Settlement Agreement of the parties submitted as Exhibit #1, attached and incorporated in the Motion to Dismiss filed by the parties in this instant matter,

THE COURT ORDERS AS FOLLOWS:

This case is dismissed with prejudice under the terms and conditions as articulated in the Settlement Agreement of the parties and as evidenced by Exhibit #1, attached and incorporated by reference in the Motion to Dismiss as submitted by the parties, and is now made a part of this order hereto. This Court shall retain jurisdiction over this matter and specifically as to any enforcement issues that may arise relevant to the Settlement Agreement of the parties.

Dated: April 28, 2006.

s/Monti Belot
UNITED STATES DISTRICT COURT JUDGE

1